1

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                            **DISTRICT OF NEVADA**

11

12  DAVID QUIMBY,                    )        3:10-cv-00319-HDM-RAM
                                     )
13              Plaintiff,           )
                                     )
14  vs.                             )        ORDER
                                     )
15  EARL F. BECK, et al.,            )
                                     )
16              Defendants.          )
    _____ )
17

18      The motion to strike filed by defendants Earl Beck, The Beck

19  Family Trust, Earl Beck as Trustee of the Beck Family Trust, and

20  Executor/Administrator of Zeta Beck Estate (#16) is denied without

21  prejudice to renew as a motion in limine subsequent to the close of

22  discovery and prior to trial.

23      **IT IS SO ORDERED.**

24      DATED: This 3rd day of August, 2010.

25                          _Howard D McKibben_

26                          _____
                            UNITED STATES DISTRICT JUDGE
27

28