UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID QUIMBY, as Guardian of JANE DOE, a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>EARL F. BECK; EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF ZETA E. BECK; BECK FAMILY TRUST; EARL F.BECK, AS TRUSTEE OF BECK FAMILY TRUST; DEBBIE GALLAGHER, GUARDIAN OF EARL F. BECK; MARGARET M. BECK; PATRICK M. BECK; ABC CORPORATIONS 1-5 Inclusive; BLACK & WHITE COMPANIES 1-5 inclusive; and JOHN ROES 1-5, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:10-CV-00319-HDM-WGC<br><br>ORDER GRANTING STIPULATION |

**STIPULATION TO CONTINUE**
**JOINT PRETRIAL ORDER DEADLINE AND**
**DISPOSITIVE MOTIONS DEADLINE**

    Richard Salvatore, Esq., HARDY LAW GROUP, on behalf of Plaintiff, DAVID QUIMBY, as Guardian of JANE DOE, a minor child (hereinafter "QUIMBY"), Jacob Sommer, Esq., LAW OFFICES OF JACOB N. SOMMER, on behalf of Defendants EARL F. BECK, EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF ZETA E. BECK, BECK FAMILY TRUST AND EARL F. BECK AS TRUSTEE OF BECK FAMILY TRUST (hereinafter "BECK"), and JAMES SLOAN, ESQ., on behalf of Defendant DEBBIE GALLAGHER (hereinafter "GALLAGHER"), stipulate to continue Joint Pretrial Order deadline and Dispositive Motions deadline, as follows:

IT IS HEREBY STIPULATED by and between counsel for the above parties, that the Joint Pretrial Order deadline and the Dispositive Motions deadline be continued thirty (30) days from today to November 18, 2011.

The current discovery deadline is October 19, 2011.  Counsel for all parties needs additional time to file the Joint Pretrial Order and to file any Dispositive Motions once discovery is closed.

At this time, additional time is needed for the following reasons:

1.	The parties are still evaluating resolution of the case, and would like additional time to attempt to meaningfully attempt at resolution.

2.	Additionally, counsel for all parties need additional time after the close of discovery to prepare the Joint Pretrial Order along with filing any Dispositive Motions.  In light of the above, the parties respectfully request the current Joint Pretrial Order deadline and the Dispositive Motions deadline be continued for 30 days, as follows:

a.	The Joint Pretrial Order deadline be continued to November 18, 2011; and

b.	The Dispositive Motions deadline be continued to November 18, 2011.

DATED this 19th day of October 2011.

/s/ Richard Salvatore
RICHARD SALVATORE, ESQ.
HARDY LAW GROUP
96 & 98 Winter Street
Reno, Nevada 89503
Telephone: 775-786-5800
Attorney for Plaintiff

/s/ Jacob Sommer
JACOB N. SOMMER, ESQ.
LAW OFFICES OF JACOB N. SOMMER, LLC
131 South Main Street, Suite 201
Fallon, Nevada 89406
Telephone: 775-423-5507
Attorney for Defendant BECK

/s/ James Sloan
JAMES F. SLOAN, ESQ.
977 West Williams Avenue
Fallon, Nevada 89406
Telephone: 775-423-3006
Attorney for Defendant GALLAGHER

IT IS SO ORDERED.

Dated this 19th day of October, 2011.

UNITED STATES DISTRICT JUDGE