# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID QUIMBY, | ) | 3:10-cv-00319-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EARL F. BECK, et al., | ) | |
| Defendants. | ) | |

The parties have stipulated to dismiss this action with prejudice (#63). Accordingly, the status conference set for Thursday, March 29, 2012, at 10:30 a.m., and the trial set for May 14, 2012, are hereby **VACATED**.

**IT IS SO ORDERED.**

DATED: This 26th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE